IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| JOHN AND MELLISA WALL, | § | |
| Plaintiffs, | § § § | |
| v. | § § | Case No. 2:14-cv-1164-JRG-RSP |
| MARS PETCARE US INC., | § § § | |
| Defendant. | § | |

## ORDER

Plaintiffs, proceeding *pro se*, have not filed written objections to the Magistrate Judge's Report and Recommendation. Fed. R. Civ. P. 72(b). The Court has reviewed the Report and Recommendation *de novo* and finds that it should be **ADOPTED**. Defendant's Motion for Summary Judgment (Dkt. No. 30) is hereby **GRANTED** and all claims against Defendant Mars Petcare US Inc. are **DISMISSED WITH PREJUDICE**.

Accordingly, Plaintiffs shall take nothing as against Defendant. Defendant, as the prevailing party, shall recover its costs from Plaintiff. The Clerk is **ORDERED** to **CLOSE** the case. Any and all motions which are presently unresolved are hereby terminated as **MOOT**.

**So ORDERED and SIGNED this 9th day of March, 2016.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE